USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIMOTHY A. BERESNYAK,

                Plaintiff,

      - against -

CATHOLIC MEDICAL MISISON BOARD,
INC., et al.,

                Defendants.
-----------------------------------------------------------X

20-CV-4083 (LTS) (RWL)
20-CV-8851 (UA)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    In a letter to the Court dated October 23, 2020 (20-CV-4083, Dkt. 46), and during a status conference held before the Court on October 27, 2020, Plaintiff informed the Court and Defendants that in filing his Amended Complaint (20-CV-4083, Dkt. 47), a new case was opened, 20-CV-8851, "which [he] never intended to open" (20-CV-4083, Dkt. 46). Plaintiff requests that 20-CV-8851 be closed. Defendants do not object. The Court therefore respectfully directs the Clerk of Court to close 20-CV-8851 and terminate any pending motions therein.

    Defendants shall file their Amended Answer to Plaintiff's Amended Complaint (20-CV-4083, Dkt. 47) by **November 16, 2020**.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: October 27, 2020
      New York, New York

Copies transmitted this date to all counsel of record.